IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL ACTION NO. |
| | ) | 2:94cr62-MHT |
| NATHANIEL SALERY | ) | (WO) |

ORDER

Upon an independent and de novo review of the record, including the recommendation of the Retroactivity Screening Committee, which is adopted, it is ORDERED that defendant Nathaniel Salery's motion for reduction of sentence (doc. 1960) is denied.

The United States Sentencing Commission's retroactive amendment to the Sentencing Guidelines applicable to criminal cases involving cocaine base or crack cocaine does not apply to Salery's guideline sentence because it was not based on a crime involving cocaine base or crack cocaine. Salery is ineligible under the retroactive amendment because his life sentences were calculated

based on the quantity of cocaine hydrochloride attributable to him.

DONE, this the 25th day of September, 2008.

                                 <u>/s/ Myron H. Thompson</u>
                              UNITED STATES DISTRICT JUDGE