IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
UNITED STATES OF AMERICA    )
                            )    CRIMINAL ACTION NO.
    v.                      )        2:94cr62-MHT
                            )            (WO)
NATHANIEL SALERY            )
```

### ORDER

This case is before the court on defendant Nathaniel Salery's motion for modification of his term of supervised release. The probation department and the government do not oppose the motion. In his response, the supervising probation officer notes that Salery has completed over half of his five-year term of supervision, and explains that, while on supervision, he has reestablished ties with his family, maintained stable employment while "always looking for job opportunities to better himself," has passed all random drug screens, and "has reestablished prosocial networks which can assist him beyond a period of supervision." Probation's Response (Doc. 2205). The court agrees with the supervising officer that "Salery has

successfully reintegrated into society and does not require additional supervision." *Id*.

Accordingly, it is ORDERED that:

(1) The modification of his term of supervised release (Doc. 2198) is granted.

(2) Defendant Nathaniel Salery's term of supervised release is terminated effective immediately, and he is discharged.

DONE, this the 11th day of April, 2022.

/s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**